UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM DOE,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM BARR, Attorney General; KIRSTJEN M. NIELSEN, Secretary of Homeland Security; BRYAN S. WILCOX, acting Seattle Field Office Director, U.S. Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement,<br><br>    Respondents. | NO. C19-0118 RSL-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR EXTENSION OF TIME |

The Court **GRANTS** the parties' stipulated motion for an extension of time. Petitioner shall file his response brief by **March 19, 2019,** and the Government shall file any reply by **March 25, 2019.** The Clerk is directed to **RE-NOTE** the Government's Motion to Dismiss, Dkt. 5, for March 25, 2019.

DATED this <u>20th</u> day of March, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by,
s/ *Corey Endo*
Attorney for Adam Doe
Office of the Federal Public Defender

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME
(*Adam Doe*; C19-0118 RSL-MAT) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100